# INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>**Goodman Media Group, Inc.** | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| SOC. SEC./TAX I.D. NO. (If more than one, state all.) | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | | MAILING ADDRESS OF DEBTOR (if different from street address) |
|---|---|---|
| **250 West 57th Street, Suite 710**<br>**New York, NY 10107** | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**New York** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

     X  Chapter 7         ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
X Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual      ☐ Corporation Publicly Held
☐ Partnership    X Corporation Not Publicly Held
☐ Other: _____

A. TYPE OF BUSINESS (Check one)
☐ Professional     ☐ Transportation     ☐ Commodity Broker
☐ Retail/Wholesale    ☐ Manufacturing/Mining   ☐ Construction
☐ Railroad          ☐ Stockbroker          ☐ Real Estate
                                                   X Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

                         **Magazine Publishing**

### VENUE

X  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATION (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. X Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. X The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3a. X The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>                                      or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

| | |
|---|---|
| X s/Clifford I. Barnett                     President<br>Signature of Petitioner or Representative (State title) | X s/Lawrence C. Gottlieb                     2/6/02<br>Signature of Attorney                                  Date |
| **Infinity Paper, Inc.**              2/4/02<br>Name of Petitioner           Date Signed | **Kronish Lieb Weiner & Hellman LLP**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address<br>of Individual    **Clifford I. Barnett**<br>                             **Infinity Paper, Inc.**<br>                             **4350 Haddonfield Road, Suite 105**<br>                             **Pennsauken, NJ 08109** | 1114 Avenue of the Americas<br>New York, NY 10036<br><br>Address |
| Signing in Representative<br>Capacity _____ | (212) 479 - 6000<br>Telephone No. |
| X s/Karl F. McGrann                     President<br>Signature of Petitioner or Representative (State title) | X s/Lawrence C. Gottlieb                     2/6/02<br>Signature of Attorney                                  Date |
| **McGrann Paper Corp.**              2/4/02<br>Name of Petitioner           Date Signed | **Kronish Lieb Weiner & Hellman LLP**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address<br>of Individual    **Karl F. McGrann**<br>                             **McGrann Paper Corp.**<br>                             **22476 Fisher Road**<br>                             **Watertown, NY 13601** | 1114 Avenue of the Americas<br>New York, NY 10036<br><br>Address |
| Signing in Representative<br>Capacity _____ | (212) 479 - 6000<br>Telephone No. |
| X s/Peter K. McAdams          Vice President of Finance<br>Signature of Petitioner or Representative (State title) | X s/Lawrence C. Gottlieb                     2/6/02<br>Signature of Attorney                                  Date |
| **McAdams Graphics, Inc.**              2/4/02<br>Name of Petitioner           Date Signed | **Kronish Lieb Weiner & Hellman LLP**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address<br>of Individual    **Peter K. McAdams**<br>                             **McAdams Graphics, Inc.**<br>                             **7200 South 1ˢᵗ Street**<br>                             **Oak Creek, WI 53154** | 1114 Avenue of the Americas<br>New York, NY 10036<br><br>Address |
| Signing in Representative<br>Capacity _____ | (212) 479 - 6000<br>Telephone No. |

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

**X s/Danica Zupan**                    **Senior Credit Supervisor**        **X s/Lawrence C. Gottlieb**                          **2/6/02**
Signature of Petitioner or Representative (State title)                       Signature of Attorney                                        Date

**Transcontinental Printing, Inc.        2/4/02**
Name of Petitioner                         Date Signed                                **Kronish Lieb Weiner & Hellman LLP**
                                                                                       Name of Attorney Firm (If any)
Name & Mailing Address
of Individual           **Danica Zupan**                                               **1114 Avenue of the Americas**
                        **Transcontinental Printing, Inc.**                            **New York, NY 10036**
                        **1485 De Coulomb Street**
                        **Boucherville, Quebec J4B 7L8**                               Address
Signing in Representative
Capacity                                                                               **(212) 479 - 6000**
                                                                                       Telephone No.

---

**X s/Bobby Kung**                                    **President**       **X s/Lawrence C. Gottlieb**                          **2/6/02**
Signature of Petitioner or Representative (State title)                       Signature of Attorney                                        Date

**KM Graphics, Inc.              2/6/02**
Name of Petitioner                  Date Signed                                   **Kronish Lieb Weiner &Hellman LLP**
                                                                                   Name of Attorney Firm (If any)
Name & Mailing Address
of Individual           **Bobby Kung**                                             **1114 Avenue of the Americas**
                        **KM Graphics, New York Office, Inc.**                     **New York, NY 10036**
                        **81 Franklin Street, Suite 2A**
                        **New York, NY 10013**                                     Address

Signing in Representative
Capacity                                                                           **(212) 479 - 6000**
                                                                                   Telephone No.

---

**X s/Cliff Pummill**                                 **President**       **X s/Lawrence C. Gottlieb**                          **2/6/02**
Signature of Petitioner or Representative (State title)                       Signature of Attorney                                        Date

**Dimension Graphics, Inc.              2/4/02**
Name of Petitioner                        Date Signed                            **Kronish Lieb Weiner & Hellman LLP**
                                                                                  Name of Attorney Firm (If any)
Name & Mailing Address
of Individual           **Cliff Pummill**                                         **1114 Avenue of the Americas**
                        **Dimension Graphics, Inc.**                              **New York, NY 10036**
                        **13915 West 107th Street**
                        **Lenexa, KA 66215**                                      Address

Signing in Representative
Capacity
                                                                                  **(212) 479 - 6000**
                                                                                  Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br><br>**Infinity Paper, Inc.**<br>**4350 Haddonfield Road, Suite 105**<br>**Pennsauken, NJ 08109** | Nature of Claim<br><br>**Goods Sold and Delivered** | Amount of Claim<br><br>**$ 518,964.05** |
| Name and Address of Petitioner<br><br>**McGrann Paper Corp.**<br>**22476 Fisher Road**<br>**Watertown, NY 13601** | Nature of Claim<br><br>**Goods Sold and Delivered** | Amount of Claim<br><br>**$ 124,615.69** |
| Name and Address of Petitioner<br><br>**McAdams Graphics, Inc.**<br>**7200 South 1st Street**<br>**Oak Creek, WI 53154** | Nature of Claim<br><br>**Services Rendered** | Amount of Claim<br><br>**$ 58,428.64** |
| Name and Address of Petitioner<br><br>**Transcontinental Printing, Inc.**<br>**1485 De Coulomb Street**<br>**Boucherville, Quebec J4B 7L8** | Nature of Claim<br><br>**Services Rendered** | Amount of Claim<br><br>**$ 174,457.83** |
| Name and Address of Petitioner<br><br>**KM Graphics, New York Office, Inc.**<br>**81 Franklin St., Suite 2A**<br>**New York, NY 10013** | Nature of Claim<br><br>**Services Rendered** | Amount of Claim<br><br>**$ 247,100.00** |
| Name and Address of Petitioner<br><br>**Dimension Graphics, Inc.**<br>**13915 West 107th Street**<br>**Lenexa, KA 66215** | Nature of Claim<br><br>**Services Rendered** | Amount of Claim<br><br>**$ 101,600.30** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br><br>**$ 1,225,166.51** |