# United States Bankruptcy Court
## Southern District of New York

In re: Goodman Media Group, Inc.  Bankruptcy Case No. 02-10531
Debtor*

Social Security No. :
Employer Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on  February 6, 2001
(date)
in this bankruptcy court, requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons.  A copy of the petition is attached.

> United States Bankruptcy Court
> 1 Bowling Green
> New York, NY 10004
> Attn: Clerk

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

> Kronish Lieb Weiner and Hellman LLP
> 1114 Avenue of the Americas
> New York, NY 10036
> Attn: Eric. J. Haber, Esq.

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c)

If you fail to respond to this summons, the order for relief will be entered.

_____
Clerk of the Bankruptcy Court

By: _____

_____
Date                                                                                           Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years.  (Bankruptcy Rule 1005).  For joint debtors, set forth
 both social security numbers.

**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the service of
 (name)
process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service fo this summons and a copy of the involuntary petition was made _____ by:
 (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____
 as follows: [Describe briefly]                                                                            (name of state)

Under penalty or perjury, I declare that the foregoing is true and correct.

_____                                        _____
 Date                                                                                                  Signature

| Print Name |
| --- |
| Business Address |
| City          State          Zip |