UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:                                                                                             Chapter 7

GOODMAN MEDIA GROUP, INC.,                        Case No. 02-10531-RLB

                 Debtor.

---------------------------------------------------------------X

**APPLICATION FOR AN ORDER CONVERTING
THIS CASE FROM CHAPTER 7 TO CHAPTER 11
PURSUANT TO SECTION 706(a) OF THE CODE**

**TO: THE HONORABLE RICHARD L. BOHANON U.S. BANKRUPTCY JUDGE:**

GOODMAN MEDIA GROUP, INC., the debtor herein ("Applicant") respectfully sets forth and represents as follows:

1. On February 6, 2002, an involuntary petition pursuant to Chapter 7 of the Bankruptcy Code 11 U.S.C. Section 701 <u>et</u>. <u>seq</u>. was commenced against Applicant.

2. The case was assigned docket number 02-10531.

3. This Chapter 7 case was an original Chapter 7 case and no prior conversions pursuant to Sections 1112, 1208 or 1307 of the Code have been ordered.

4. The Applicant, as a matter of right, is entitled to convert this case pursuant to Section 706(a) of the Code from Chapter 7 to Chapter 11, and accordingly, no notice need be provided to any party of this application.

5. This Applicant is eligible under Section 109 of the Code to be a debtor under Chapter

11.

WHEREFORE, the Applicant requests that the Court enter the annexed order converting this case to a Chapter 11 proceeding.

Dated: Garden City, New York
       February 7, 2002

                                    GOODMAN MEDIA GROUP, INC.
                                    Debtor

                                    *s/Jason Goodman*
                                    By: Jason Goodman, President