UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 11

GOODMAN MEDIA GROUP, INC.,            Case No. 802-10531-RDD

            Debtor(s).
------------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

**STEINBERG, FINEO, BERGER & FISCHOFF, P.C.**
**$93,492.50**    FEE FOR ATTORNEY FOR DEBTOR
**$ 2,556.81**    OTHER PROFESSIONAL FEES and ALL EXPENSES

**MARGOLIN WINER & EVENS LLP**
**$250,000.00**    FEE FOR ACCOUNTANTS FOR DEBTOR

**KRONISH LIEB WEINER & HELLMAN LLP**
**$56,591.00**    FEE FOR COUNSEL TO THE OFFICIAL COMMITTEE
**$ 3,271.35**    OTHER PROFESSIONAL FEES and ALL EXPENSES

**SILVERMAN LINDEN HIGGINS LLP**
**$22,781.25**    FEE FOR ACCOUNTANTS TO THE OFFICIAL COMMITTEE
**$ 3,271.35**    OTHER PROFESSIONAL FEES and ALL EXPENSES

_____ TRUSTEE FEE (if applicable)
_____ FEE FOR ATTORNEY FOR TRUSTEE (if applicable)

___10___ % DIVIDEND PAID
_____ FUTURE DIVIDENDS (check if % of future dividend under plan not yet determinable)

STEPS TAKEN TO CONSUMMATE PLAN:

___X___ INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED
_____ OTHER: (explain)

DATE: July 26, 2004               APPLICANT
                                          BY: _____
                                                     GARY C. FISCHOFF
                                                     Steinberg, Fineo, Berger
                                                     & Fischoff, P.C
                                                     Attorneys for the Debtor
                                                     40 Crossways Park Drive
                                                     Woodbury, New York 11797
                                                     (516) 747-1136